# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Ernesto Sifuentes,

Plaintiff(s),

v.

Autoclinic Calumet City, Inc.,

Defendant(s).

Case No. 17 C 133
Judge Virginia M. Kendall

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Ernesto Sifuentes
and against defendant(s) Autoclinic Calumet City, Inc., and Ronald Carter
in the amount of $35,550.00 ,

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall on a motion for default judgment.

Date: 11/22/2017                    Thomas G. Bruton, Clerk of Court

                                    Lynn Kandziora , Deputy Clerk